IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Terrell, Steven D

Printed: 01/06/09

Case Number: 08 B 22051
Judge: Wedoff, Eugene R
Filed: 8/22/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chrysler Financial Services Americas LLC | Secured | 0.00 | 0.00 |
| 2. | Internal Revenue Service | Priority | 1,709.35 | 0.00 |
| 3. | CB USA | Unsecured | 36.00 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 872.02 | 0.00 |
| 5. | AAA Credit Service | Unsecured | 11.73 | 0.00 |
| 6. | Illinois Student Assistance Commission | Unsecured | 2,922.47 | 0.00 |
| 7. | Chrysler Financial Services Americas LLC | Unsecured | 10.79 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 88.16 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 41.72 | 0.00 |
| 10. | Stuart Allen & Associates | Unsecured | 15.00 | 0.00 |
| 11. | Stuart Allen & Associates | Unsecured | 53.45 | 0.00 |
| 12. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 14. | Illinois Dept Of Public Aid | Unsecured |  | No Claim Filed |
| 15. | Harris & Harris | Unsecured |  | No Claim Filed |
| 16. | Hilco Receivables, LLC | Unsecured |  | No Claim Filed |
| 17. | Harris & Harris | Unsecured |  | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 19. | JJ Marshall & Assoc | Unsecured |  | No Claim Filed |
| 20. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 22. | Superior Mgt. | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,760.69 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Terrell, Steven D | Case Number:  08 B 22051 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/06/09 | Filed:  8/22/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

